**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2019
```

# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

August 29, 2019

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

> The parties' revised settlement agreement is APPROVED. This case is DISMISSED. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case. SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE
> 9/10/2019

Re: *Hernandez v. Boucherie LLC et ano.*
    18 Civ. 07887 (VEC)

Dear Judge Caproni:

We represent plaintiff Albino Hernandez in the above-referenced action and, together with Defendants' counsel, submit the attached Revised Settlement Agreement for the Court's approval. In accordance with the Court's August 8, 2019 Order, the parties renegotiated their agreement to provide for a cap of $9,100 attorneys' fees. Because the prior agreement was nullified by the same August 8th Order, the revised agreement extends the prior payment schedule. The first of two installments is due September 20, 2019 and apportioned as follows: $550 in costs[1] and $4,550 in attorneys' fees to Pechman Law Group PLLC and $11,900 to Plaintiff. The second installment is due by October 20, 2019, and apportioned as follows: $4,550 in attorneys' fees to Pechman Law Group PLLC and $12,450 to Plaintiff.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*s/ Louis Pechman*

Louis Pechman

cc: All Counsel of Record (via ECF)

---

[1] These costs are itemized in the parties' March 11, 2019 submission. ECF No. 19 at 3.